**HEMAR, ROUSSO & HEALD, LLP**
DAVID M. KRITZER (SBN 170545)
E-mail address: dkritzer@hemar-rousso.com
15910 Ventura Boulevard, Ste. 1201
Encino, CA 91436-2829
Telephone:  (818) 501-3800
Facsimile:   (818) 501-2985

Refer to File No. 3978 20112472 PLC

Attorneys for Plaintiff,
XEROX CORPORATION, a New York corporation

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XEROX CORPORATION, a corporation,<br><br>               Plaintiff,<br><br>       vs.<br><br>CONTENT MANAGEMENT CORPORATION, a California corporation<br><br>               Defendants. | Case No.  C12-01853 DMR<br><br>[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE<br><br>Honorable Donna M. Ryu<br>Courtroom: 4<br><br>Complaint Served: April 25, 2012 |

Having considered the stipulation entered into by Plaintiff Xerox Corporation and Defendant Content Management Corporation, dated July 13, 2012, and the facts stated therein with the respect to continuing the date for the Initial Case Management Conference in this matter; the Court hereby ORDERS:

The Court approves the proposed continuance of the Initial Case Management Conference to August ~~15~~ 22, 2012 at 1:30pm in Courtroom 4 of the above-entitled Court. All other deadlines are continued commensurate with the new hearing date. `The joint case management statement is due August 15, 2012.`

**IT IS SO ORDERED**.

Dated: July 17, 2012

_____
Hon. Donna M. Ryu
United States District Judge

[Seal: IT IS SO ORDERED AS MODIFIED]

1

[~~PROPOSED~~] ORDER ON STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE DATE