UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| XEROX CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br>CONTENT MANAGEMENT<br>CORPORATION,<br><br>    Defendant.<br>_____/ | No. C 12-1853 DMR<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:        December 19, 2012<br>Mediator:  James Nebel |

IT IS HEREBY ORDERED that the request to excuse plaintiff Xerox Corporation's corporate representative, Janet Atkinson, from appearing in person at the December 19, 2012 mediation before James Nebel is GRANTED. Ms. Atkinson shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 5, 2012        By:        *Elizabeth D. Laporte*
Dated                                        Elizabeth D. Laporte
                                             United States Magistrate Judge